**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF MARYLAND**

IN RE: **Paul F. Kenny**                          *
       **Faye A. Kenny,**                          *   Case No: 09-27220
                                    *   (Chapter 13)
                           Debtors.  *

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## <u>MEMORANDUM CONCERNING FIRST AMENDED PLAN</u>

Now come Debtors, by their undersigned attorney and offer this Memorandum concerning their First Amended Plan.

A hearing on confirmation of Debtors' First Amended Plan was held on February 3, 2010. Counsel for the Trustee reported that the trustee had no opposition to confirmation of the Debtors' Plan. Counsel for BB&T argued that plan funding needed to be significantly increased. The Court set a briefing schedule for BB&T and the Debtors.

The argument made by BB&T in its brief varies substantially from the argument that counsel for Debtor understood BB&T to be making at the February 3 hearing. BB&T argues, in essence, that Debtors must devote their disposable income to plan payments for the full plan period, without the possibility of pre-payment.

The parties are in agreement that the applicable plan commitment period is 60 months. The parties also agree that Debtors' disposable income, as measured by Schedules I and J, and subject to certain modifications for avoidance of the second mortgage and surrender of the travel trailer, is $2,209 per month for the final 56 months of the plan commitment period.

Debtors are willing and able to pay their disposable income of $1,325 per month for four months and $2,209 per month for 56 months pursuant to a second amended plan, and they are willing to do so without any pre-payment. Accordingly, Debtors ask that the Court deny confirmation of their First Amended Plan with leave to file a Second Amended Plan within seven days of the entry of the requested order.

Respectfully submitted.
/s/Jeffrey M. Sirody
Jeffrey M. Sirody, 11715
Sirody, Freiman & Feldman, PC
1777 Reisterstown Road - Suite 360
Baltimore, Maryland 21208
(410) 415-0445
Counsel for Debtors

## <u>CERTIFICATE OF SERVICE</u>

Counsel for BB&T and the Chapter 13 Trustee will be served electronically.  No further service is necessary.

<u>/s/Jeffrey M. Sirody</u>
Jeffrey M. Sirody